## Badenhausen Corporation *v.* H. & D. Lang Manufacturing Company et al., Appellants.

Argued December 7, 1933.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

OPINION BY MR. JUSTICE SCHAFFER, January 30, 1934:

For the reasons stated in the preceding case (Badenhausen Corporation v. The Lang Company) the affidavit of defense filed in this case is determined to be insufficient.

The judgment is affirmed.